UNITED STATES DITRICT COURT

UNITED STATE OF AMERICA

VS.

JONATHAN DASILVA          DOCKET NO.: 0101 :13CR10017-2

PREPARED FOR: THE HONORABLLE RYA W. ZOBEL

SENIOR UNITEAD STATES DISTRICT JUDGE

SENTENCE DATE :5/27/2015

## I OPPOSO THE SENTENCE OF JUDGE ZOBEL

I FILE MOTIONS IN COURT JUDGE ZOBEL DINAIL MY MOTION I DINT REQUESTING MY PROPERTYS IN TIME KEVING J. REDDINGTON TOLD ME TO WEITING THE CASE OVER TO PRECIDE WITH PROPERTYS

THE CASE IS OVER MY SON COMPLEAD IS TIME I FILE MOTION FROM MY PROPERTYS WAS DINIAL BY JUDGE ZOBEL.

IM 74 YEARS OLD I HAVE 10 CHALDRENS 5PREVIUS MARREGY FIVE WITH MY WIFE JOANNA LANGDON ST.

OFFTER READ THIS ENTIRE MOTIONS MY SON BEAN CHARGE WITH MARIJUAANA ALL OVER BOSTON LOCATIONS, MY SON COM FOR BIG FEMALY HE HAVE LOT COUSING AND FRONTS.

USSG USE THIS CHARGE ON MY SON IS BLACK MARAJUANA CHARGE IS NOTING TODAY STILL IN BLACK PEOPLES THEY PUT YOU IN JAIL. FEDERAL GORVERMENT BUSTING MY HOUSE WITH OUT COURT ORDERS TO GET MY SON .MY SON HAVE APPARTMENT IN MOLDEN HIM IS COUSING JOSCHOA, WAS FIVE ON THE MONING HAND CUFFS ME HAND CUFFS JUSTIN HAND CUFFS MY DOUTHER HAND CUFFS MY WIFE JOANNA FOR FOUR HOURS THEY WANT AS TO SAY WHERE JONATHAN IS.THEN THEY WENT COURT GET SURCHE WONTY THAY POST ON DOOR IN WALL FEDERAL INVESTIGATION .

MY SON VESITE AS HE STAY WITH IS FRONT AND IS COUSING IN MOLDEN ,THE TIME BUST MY HOUSE I CAME TO THE DOOR THEY RESTING ME GOING IN REST MY FEMALY WAS NO WONING TO TEN IM .THEY FLEPING MY HOUSE OVER TAKE MY JURY MY WATCHE ALL ELETRONICS 18.800 MONEY TAKE TWO CARS ONE MY NAME ONE MY DOUTHERS NAME THE JURYS IS MY I LE HIM WERE SINCE HE WAS SEMALL,

I REQUETIG ALL MY PROPERTYS REMOVE FROM LANGDON ST I WANT COURTS TO LOOKING ALL LOCATIONS HE WAS CHARGE THAT'S JONNATHAN PROPERTYS THE LANGDONDON PROPERTYS I AM REQUESTING ALL VALUE THEY TAKE AND RESTING ME ON MY ONE HOUSE IM BLACK DON'T SPIK ENGLISH BROKEN THE PETRIOTERS LAW ENTREN PEOPLES PROPERTYS NO COURT ORDERS MY DOUTHER TODAY TROMATAYS FOUR HOURS CUFFING HER ONE HOUSE.

IM SUING FOR LIBERELY DAMEGERS JUDGEMENTS OF 50.000.000.00FEFITY MILLIOS FOR RECONPENSATIONS MY FEMALY PAIN.

1949 @gail.com

CLARIMUNDODASILVAPROSE

PO BOX 326 31 PORTER ST STOUGHTON

MA, 02072 FAX 401-722-0181 PHONE 617-504-1647

Emailclarimundodanitesilva1949@gmail.com

Certification

I, the undersigned, do hereby certify that on this 21th day of September 2023 I electronically file the within motion to the United State District Court motion the document electronically filed and served is available for viewing and /or downloading from the United States District Court electronic file system AA

CAEMEN M. ORTIZ

UNITED STATES ATTOREY

CYNTHIA A. YOUNG

CHIEF, CRIMINAL DIVISION

JAMES D. HERBERT

DEPUTY CHIEF ,CRIMINAL DIVISION

Assistant U.S. Attorney
Emily O. Cummings
1 Courthouse Way, Suite 9200
Boston MA. 3120

CARMEN M. ORTIZ UNITEAD STATES ATTORNEY I